IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRYAN ANDREW LEWIS                                                                                         PLAINTIFF

v.                                              Case No. 6:23-cv-06060

JAIL ADMINISTRATOR FRED
PHILLIPS, and SHERIFF SCOTT
FINKBINOR                                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 8, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Plaintiff Bryan Andrew Lewis has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, pursuant to 28 U.S.C. § 1915A(b)(1) the instant action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g), and thus, the Clerk of Court is **DIRECTED** to place a § 1915(g) flag on the case for future judicial consideration. Finally, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 17th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge